UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE DURRELL BOOKER, SR.,<br><br>            Plaintiff,<br>vs.<br><br>CALIF. DEPART. CORRECT, REHAB (C.R.C.); SCOTT KERNAN: DIRECTOR; MATTHEW MARTEL: WARDEN OF CRC NORCO; INSTITUTION CLASIFICATION COMMITTY; Y. CANEDO, CHIEF DEPUTY WARDEN; R. JOHNSTON ACTING CAPTIAN; G. MILLER II; CYNTHIA DONOHUE: CASE RECORD'S ANALYST;<br><br>            Defendants. | Case No. EDCV 08-0327-JVS(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the complaint along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a de novo determination.

    IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; and (2) the amended complaint and action are dismissed without prejudice under Rules 4(m) and 41(b).

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of
2 this Order and the Magistrate Judge's Report and Recommendation by
3 the United States mail on the plaintiff.
4
5 DATED: September 12, 2008
6                                    _____
7                                          JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE
8 R&Rs\08-0327.ado3
  8/6/08

2