UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTICE DURRELL BOOKER, SR., ) | Case No. EDCV 08-0327-JVS(RC) |
|                  ) | |
|           Plaintiff,       ) | |
| vs.                        ) | JUDGMENT |
|                            ) | |
| CALIF. DEPART. CORRECT, REHAB ) | |
| (C.R.C.); SCOTT KERNAN:    ) | |
| DIRECTOR; MATTHEW MARTEL:  ) | |
| WARDEN OF CRC NORCO;       ) | |
| INSTITUTION CLASIFICATION  ) | |
| COMMITTY; Y. CANEDO, CHIEF ) | |
| DEPUTY WARDEN; R. JOHNSTON ) | |
| ACTING CAPTIAN; G. MILLER II; ) | |
| CYNTHIA DONOHUE: CASE RECORD'S) | |
| ANALYST;                   ) | |
|                            ) | |
|           Defendants.      ) | |
|                            ) | |

   IT IS ADJUDGED that Judgment be entered dismissing without prejudice the amended complaint and action.

DATED: September 12, 2008

/s/ James V. Selna

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

R&Rs\08-0327.jud2
8/6/08